**Jose Antonio Lopez NAVA; Alma Fabiola Lopez, Petitioners,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 06–74006.

United States Court of Appeals, Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted March 18, 2008.*

Filed March 25, 2008.

CAC–District Counsel, Esq., Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Lyle D. Jentzer, Esq., U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: CANBY, T.G. NELSON, and BEA, Circuit Judges.

### MEMORANDUM **

José Antonio Lopez Nava and Alma Fabiola Lopez, natives and citizens of Mexico, petition pro se for review of the Board of Immigration Appeals' denial of their fourth motion to reopen. They contend that their applications for cancellation of removal should be granted. The petitioners timely petitioned for review only of the Board's decision of July 18, 2006. *See* 8 U.S.C. § 1252(b)(1); *Membreno v. Gonzales,* 425 F.3d 1227, 1229 (9th Cir.2005) (en banc). They do not, however, address the Board's ruling that their fourth motion to reopen was numerically barred under 8 C.F.R. § 1003.2(c)(2). We therefore deny the petition for review.

**PETITION FOR REVIEW DENIED.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.